## Elmer Glenn STURGIS, Appellant,

### v.

## STATE of Texas, Appellee.

### No. 0051–83.

Court of Criminal Appeals of Texas, En Banc.

Sept. 14, 1983.

Appeal from 39th District Court, Haskell County, Joe Williams, Judge.

Prior report: Tex.App., 657 S.W.2d 813 (1982).

On appellant's petition for discretionary review: Judgment of the Court of Appeals affirmed.